1
2
3
4
5
6
7       **UNITED STATES DISTRICT COURT**
8       **CENTRAL DISTRICT OF CALIFORNIA**
9
10  CHARLES BROWN,                    ) Case No. CV 11-2525-AG (JPR)
                                      )
11              Petitioner,           )
                                      )
12         vs.                        ) ORDER ACCEPTING FINDINGS AND
                                      ) RECOMMENDATIONS OF U.S.
13  JAMES A. YATES, Warden,           ) MAGISTRATE JUDGE
                                      )
14              Respondent.           )
    _____       )

15       The Court has reviewed the Petition, records on file, and
16  Report and Recommendation of U.S. Magistrate Judge.  On March 13,
17  2015, Petitioner filed objections to the R&R, in which he mostly
18  simply reargues the Court's April 2014 denial of his request to
19  file an amended petition.  (*See, e.g.*, Objections at 3, 7, 10.)
20  He also reargues the evidence (*see, e.g.*, *id.* at 5-6, 8-9) and
21  raises claims he did not make in the Petition (*see* *id.* at 8-9
22  (arguing that counsel was ineffective for failing to object to
23  prosecutor allegedly leading witness)), none of which undermines
24  the Magistrate Judge's reasoning in the R&R.
25       Having made a de novo determination of those portions of the
26  R&R to which Petitioner has filed objections, the Court accepts
27  the findings and recommendations of the Magistrate Judge.
28

                                      1

    IT THEREFORE IS ORDERED that judgment be entered denying the
Petition and dismissing this action with prejudice.


DATED: <u>September 5, 2015</u>     _____
                                    ANDREW GUILFORD
                                    U.S. DISTRICT JUDGE