# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES BROWN, | ) | Case No. CV 11-2525-AG (JPR) |
|         Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| JAMES A. YATES, Warden, | ) | |
|         Respondent. | ) | |

As stated in the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 5, 2015

ANDREW GUILFORD
U.S. DISTRICT JUDGE